Nos. 659 and 660. MOLONEY ELECTRIC CO. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. November 10, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Donald A. Callahan* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Edward First* for respondent.

No. 664. BOSTON & MAINE RAILROAD *v.* CUNNINGHAM. November 10, 1941. Petition for writ of certiorari to the Supreme Court for the County of Hampden, Massachusetts, denied. *Mr. Francis P. Garland* for petitioner. *James H. Cunningham, pro se.*

No. 672. SOUTHGATE NELSON CORP. *v.* QUINN. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Arthur M. Boal* for petitioner. *Mr. Simone N. Gazan* for respondent.

No. 674. WEST PRODUCTION CO. *v.* COMMISSIONER OF INTERNAL REVENUE. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Robert Ash* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Mr. J. Louis Monarch* for respondent.

No. 675. CITY INVESTING CO. *v.* 165 BROADWAY BUILDING, INC. ET AL. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Elmer O. Goodwin* for petitioner. *Messrs. Leonard G. Bisco* and *David Barnett* for respondents.